# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| MELANIE SCOTT, § | |
| § | |
| v. § | CIVIL ACTION NO. 3:21-CV-2733-S |
| § | |
| SEEMA KAZI, M.D., P.A. d/b/a CITIES § | |
| PSYCHIATRY § | |

### ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [ECF No. 30]. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff's Emergency Motion for Temporary Restraining Order is **DENIED**.

**SO ORDERED.**

SIGNED May 31, 2022.

*[signature: Karen Gren Scholer]*
**UNITED STATES DISTRICT JUDGE**